UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LOUIS SEAN BODWAY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:09-CV-1440-AGF |
| JENNIFER RICO, et al., | ) ) | |
| Defendants. | ) | |

**ORDER OF PARTIAL DISMISSAL AS TO CLAIMS AND PARTIES PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that, as to defendant Unknown Cundelinin, plaintiff's action is **DISMISSED**, without prejudice. See 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that, with the exception of plaintiff's Fourteenth Amendment claims against defendants Jennifer Rico, Unknown Loynd, Alan Stahl, Scott Myers, and Unknown Lupo, all other claims against these defendants are dismissed, without prejudice.

Dated this 4th day of January, 2010.

    **/s/ Jean C. Hamilton**
    **UNITED STATES DISTRICT JUDGE**